In the Matter of the Application of EGBURT E. WOOD-BURY, Attorney-General, Respondent, for an Order Requiring THE HOME RULE TAX ASSOCIATION OF THE STATE OF NEW YORK, Appellant, to File a Statement and Account of Receipts and Expenditures in Connection with the General Election of 1915.

CHARLES S. MERENESS, Individually and as President, et al., Appellants.

*Matter of Woodbury* v. *Home Rule Tax Assn.*, 174 App. Div. 569, affirmed.

(Argued March 2, 1917; decided March 20, 1917.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 13, 1916, which affirmed an order of Special Term denying a motion to dismiss the proceedings herein. The proceeding was brought under the Corrupt Practices Law of the state for the purpose of compelling the Home Rule Tax Association to file an account with the secretary of state of its receipts and expenditures in connection with the general election of 1915. It is alleged that the appellants were active politically in bringing about the defeat of the proposed Constitution.

The following question was certified: "Did the petition set forth facts sufficient to entitle the proceeding to be maintained against the appellants or either of them?"

*Michael D. Reilly* for appellants.

*Egburt E. Woodbury, Attorney-General (Edward G. Griffin* of counsel), for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ.